In the Matter of the Claim of GRACE HARVEY and Another, Respondents, against ROBERT T. EVANS and HARTFORD ACCIDENT & INDEMNITY COMPANY OF HARTFORD, CONNECTICUT, Appellants. STATE INDUSTRIAL BOARD, Respondent.— This is an appeal by the employer and insurance carrier from an award and decision of the State Industrial Board. On March 27, 1936, Clinton G. Harvey, the decedent herein, sustained the accidental injuries which resulted in death for which the award was made. He was at that time a caretaker for the estate of the employer at Raquette Lake, N. Y. The sole question presented to this court for review is whether the accident arose out of and in the course of decedent's employment. The evidence fully sustained the award. Award unanimously affirmed, with costs to the State Industrial Board.

In the Matter of the Claim of JAMES M. DUQUETTE, Respondent, against GENERAL ELECTRIC COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.— This is an appeal by a self-insured employer from an award of the State Industrial Board in claimant's favor. Claimant received accidental injuries on January 7, 1931, in the nature of contusions and lacerations of the left shin. He left his work and went to the employer's first aid room for treatment which was administered. He was absent from one-half to three-quarters of an hour. No further attention was required by claimant at that time and claimant was paid without deduction for the time that he was then absent from his work. Later claimant had trouble with the leg and in November, 1935, an amputation was necessary on account of the development of a malignant tumor. Claimant, on November 3, 1936, for the first time filed a claim for compensation. The claim is barred by section 28 of the Workmen's Compensation Law. (Matter of Lissow v. Mabbett Motors, Inc., 279 N. Y. 585.) Award reversed, and claim dismissed, with costs against the State Industrial Board, on the authority of Matter of Lissow v. Mabbett Motors, Inc. (279 N. Y. 585). All concur; Bliss, J., not sitting. ᵒ

In the Matter of the Claim of FRANCES KANE, Respondent, against EDWARD V. MCGOVERN CORPORATION and EXCHANGE MUTUAL INDEMNITY INSURANCE COMPANY, Appellants. STATE INDUSTRIAL BOARD, Respondent.— This case is similar in every respect with Matter of Goerl v. Charles H. Darmstadt, Inc. [ante, p. 872], which was argued at the March, 1939, term, and the decision in which was handed down May 3, 1939. That case is identical with the facts in this case. Award unanimously affirmed, with costs to the State Industrial Board.

In the Matter of the Claim of ANTONIO GABRIELE, Appellant, against VANADIUM CORPORATION OF AMERICA and THE FIDELITY & CASUALTY COMPANY OF NEW YORK, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Appeal from a decision of the State Industrial Board denying an award of compensation under the Workmen's Compensation Law. The sole question is causal relation between the accident and the injury. The proof sustains the finding. Decision unanimously affirmed.